No. 74–487. CLOVER BOTTOM HOSPITAL & SCHOOL v. TOWNSEND ET AL. Appeal from Sup. Ct. Tenn. Motion of appellees for leave to proceed *in forma pauperis* granted. Appeal dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this motion and case.

No. 74–1091. FARRELL v. IOWA. Appeal from Sup. Ct. Iowa dismissed for want of substantial federal question. MR. JUSTICE DOUGLAS and MR. JUSTICE BRENNAN would note probable jurisdiction and set case for oral argument. MR. JUSTICE STEWART would dismiss the appeal as untimely docketed.

No. 74–1380. GRUND v. ALDRIDGE ET AL. Appeal from Sup. Ct. Ala. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 74–6366. HART ET UX. v. FEHSEKE ET AL. Appeal from Sup. Ct. Iowa dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 74–6313. MAISEL v. UNITED STATES ET AL. Appeal from D. C. W. D. N. Y. dismissed.